UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
Civil Action No. 2:16-cv-00829-MCA-LDW

THEODORE VAN LEER, an individual;
CAROLINE VAN LEER, an individual;
ANNE M. BLANKEN, an individual; and
ANNE M. BLANKEN, as Trustee of
CREDIT SHELTER SHARE TRUST,

    Plaintiffs,

v.

DAVID W. SCHAMENS, an individual;
TRADEDESK FINANCIAL GROUP, INC., a Delaware corporation;
TRADESTREAM ANALYTICS, LTD., a Delaware corporation;
INVICTUS REAL ESTATE INVESTMENT, LLP, a North Carolina limited partnership;
and PILIANA SCHAMENS, an individual;

    Defendants.

_____/

TO:    William T. Walsh, Clerk of Court
       United States District Court - District of New Jersey
       Martin Luther King, Jr. Federal Building & Courthouse
       50 Walnut Street
       Newark, New Jersey 07101

### REQUEST TO DENY ENTRY OF DEFAULT

Defendants David W. Schamens and Invictus Real Estate Investment, LLP, individually and as General Partner and sole partner of Invictus Real Estate Investment, LLP, Tradedesk Financial Group, Inc., Tradestream Analytics, Ltd., defendants Piliana M. Schamens, individually reply to the request for entry of default by Plaintiffs as follows:

1. Plaintiffs were made aware of this 'Request for Entry of Default' via email from a secretary working for Plaintiff's counsel.

2. No complaint in this case has been served upon the Plaintiffs. Plaintiffs are only aware of the prospect of such a case, not the complaint itself, as the result of a phone call from counsel in another

case, but <u>have never see a copy of this complaint</u>. No counsel has ever been retained for this case, even for the purposes of accepting service, and upon information and belief, Plaintiff's counsel has been expressedly informed that there is no counsel for this case.

3. Upon information and belief, no service has even been attempted based on the Federal Rules of Civil Procedure, and such declaration with the Court that such service has been made is filed, knowingly making a false oath to the Court. Further, though such a 'declaration' is referred to in the Request, Defendants have not been sent a copy of such Declaration.

4. Plaintiff's currently have another case with the same Defendants and same Plaintiff's counsel. Upon information and belief, the Plaintiff's counsel is playing games with the Court, abusing its position as officers of the Court by filing what would appear to be false declarations, and finally, filing complaints regarding the same parties in the same jurisdiction without the other case being adjudicated.

As such, The Defendants thus hereby move the Court, pursuant to Federal Rules of Civil Procedure, to deny the Request for Entry of Default, and order the Plaintiff's to serve the Complaint properly as they clearly know must be done.

Dated: March 24, 2016

By: _____
**Piliana M. Schamens**
Individually

By: _____
**David W. Schamens**
Individually, and as
Managing Director
TRADEDESK FINANCIAL GROUP, INC.
TRADESTREAM ANALYTICS, LTD.
General Partner
INVICTUS REAL ESTATE INVESTMENT, LLP
dschamens@tradestreamanalytics.com
Tel.: (212) 537-6867
POB 201, Advance, NC 27006







Page 1 of 1