**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **THEODORE VAN LEER, et al.,** | : | |
| | : | Civil No. 16-829(MCA) |
| Plaintiff(s), | : | |
| v. | : | |
| **DAVID W. SCHAMENS, et al.** | : | O R D E R |
| Defendant(s) | : | |

For the reasons set forth on the record on July 19, 2016,

**IT IS** on this the 21st day of July, 2016,

**ORDERED** that this action is hereby dismissed without costs and without prejudice; and it is further,

**ORDERED** that the Clerk shall close the file in this matter.

                                                  *s/Madeline Cox Arleo*
                                              UNITED STATES DISTRICT JUDGE